# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-08-00779-CV
NO. 03-08-00780-CV
NO. 03-08-00781-CV

**In re Jesus Jimenez, Jr.**

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

## M E M O R A N D U M   O P I N I O N

In each of the above cause numbers, Jesus Jimenez, Jr., has filed an "Original Petition for Writ of Habeas Corpus." This Court does not have jurisdiction to consider Jimenez's petitions. *See* Tex. Code Crim. Proc. Ann. art. 11.05; *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for the Eighth District*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *see also Watson v. State*, 96 S.W.3d 497, 500 (Tex. App.—Amarillo 2002, pet. ref'd) ("Under [article 11.05], the Court of Criminal Appeals, the District Courts, and the County Courts have the power to issue a writ of habeas corpus, but the courts of appeals are not designated as having jurisdiction to entertain or issue writs of habeas corpus."). The petitions are dismissed for want of jurisdiction.[1]

---

[1] We note that Jimenez has also filed notices of appeal from three judgments of conviction that are also the subject of these petitions. *See Jimenez v. State*, Nos. 03-08-00701-CR, 03-08-00702-CR, 03-08-00703-CR. Those appeals are currently pending before this Court.

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Dismissed for Want of Jurisdiction

Filed:   January 27, 2009